UNITED STATES of America, Plaintiff–Appellee,

v.

Luis Odilon MOLINA–HERNANDEZ, Defendant–Appellant.

No. 09–10264.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 23, 2010.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Randall M. Howe, Esquire, Assistant U.S., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Adrian Paulino Fontes, Counsel, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Luis Odilon Molina–Hernandez, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Luis Odilon Molina–Hernandez appeals from his guilty-plea conviction and 57–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Molina–Hernandez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has not filed a pro se supplemental brief, but he has submitted a letter requesting appointment of new counsel. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and Molina–Hernandez's request for new counsel is **DENIED.**

**DISMISSED.**